UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARLOS ALBERTO SANTACRUZ LOPERA,<br>Petitioner,<br>v.<br>WARDEN, Desert View Facility, et al.,<br>Respondents. | No. 5:26-cv-03965-JDE<br>JUDGMENT |

Pursuant to the Order Regarding Petition, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

(1) The Petition is granted, in part, with Respondents ORDERED to provide an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) for **Petitioner Carlos Alberto Santacruz Lopera (A# 220 235 102)** within seven (7) days of this Order, with instructions that the immigration judge has jurisdiction under 8 U.S.C. § 1226(a) to consider bond and must provide a written, reasoned decision if bond is denied, including all factual findings in support of such decision; if no such hearing is provided within seven (7) days, Respondents shall immediately release Petitioner from custody on his preexisting Order of Release on Recognizance; and

(2) The Petition is denied in all other respects without prejudice.

Dated: July 28, 2026 _______

JOHN D. EARLY
United States Magistrate Judge